**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Aaron west
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Allied Universal
_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [ ] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    
| | |
|---|---|
| Name | Aaron west |
| Street Address | 2136 a;drin rd apt 5A |
| County, City | ocean |
| State & Zip Code | NJ 07712 |
| Telephone Number | 9086019950 |

- 2 -

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions            ☐ Diversity of Citizenship
   ☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? eeoc _____

_____

- 3 -

    C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

**III.**    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

    A.    Where did the events giving rise to your claim(s) occur? _____
_____

    B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

[What happened to you?]

    C.    Facts: _____
_____
_____
_____
_____

[Who did what?]

_____
_____
_____
_____

[Was anyone else involved?]

_____
_____
_____
_____

[Who else saw what happened?]

_____
_____

- 4 -

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

i want ,my job back and i want my moeny

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20 23 ___.

Signature of Plaintiff _____
Mailing Address _____
_____
_____
Telephone Number  9086019950
Fax Number *(if you have one)* _____
E-mail Address  aaron16799@gmail.com

N̲ote:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No. |
| _____ | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ | $ | $ | $ 0.00 |
| Income from real property *(such as rental income)* | $ | $ | $ | $ 0.00 |
| Interest and dividends | $ | $ | $ | $ 0.00 |
| Gifts | $ | $ | $ | $ 0.00 |
| Alimony | $ | $ | $ | $ 0.00 |
| Child support | $ | $ | $ | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ 0.00 |
| Unemployment payments | $ | $ | $ | $ 0.00 |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ 0.00 |
| Other *(specify)*: | $ | $ | $ | $ 0.00 |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ 0.00 |
| | | | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | d | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |

4. How much cash do you and your spouse have? $ _____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ 0.00 |
| | | $ | $ 0.00 |
| | | $ | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 0.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle #1 *(Value)* | $ | 0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 *(Value)* | $ | 0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | $ | 0.00 |
| Other assets *(Value)* | $ | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ 0.00 |
|  | $ | $ 0.00 |
|  | $ | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
|  |  | 0 |
|  |  | 0 |
|  |  | 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?  ❏ Yes  ❏ No<br>    Is property insurance included?  ❏ Yes  ❏ No | $ | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ | $ 0.00 |
| Food | $ | $ 0.00 |
| Clothing | $ | $ 0.00 |
| Laundry and dry-cleaning | $ | $ 0.00 |
| Medical and dental expenses | $ | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ 0.00 |
|     Life: | $ | $ 0.00 |
|     Health: | $ | $ 0.00 |
|     Motor vehicle: | $ | $ 0.00 |
|     Other: | $ | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ 0.00 |
| Installment payments | | |
|     Motor vehicle: | $ | $ 0.00 |
|     Credit card *(name)*: | $ | $ 0.00 |
|     Department store *(name)*: | $ | $ 0.00 |
|     Other: | $ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ | 0.00 |
|---|---|---|---|
| Other *(specify)*: | $ | $ | 0.00 |
| **Total monthly expenses:** | $ | 0.00 $ | 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❐ Yes    ❐ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ❐ Yes    ❐ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____    Your years of schooling: _____