UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON WEST,<br><br>              Plaintiff,<br><br>    v.<br><br>ALLIED UNIVERSAL,<br><br>              Defendant. | Civil Action No. 23-00335 (GC) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Application to Proceed *In Forma Pauperis* filed by Plaintiff Aaron West ("Plaintiff") together with Plaintiff's Complaint against Defendant Allied Universal. (ECF Nos. 1, 5, 10.) For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 20th day of June, 2023, **ORDERED** as follows:

1. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

2. Because the Complaint is dismissed, the Clerk's Office is directed to **TERMINATE** the pending application to proceed *in forma pauperis* (ECF No. 10) as well as the pending motions to appoint pro bono counsel (ECF Nos. 4 & 7).

3. The Clerk's Office is also directed to **CLOSE** this case.

4. Plaintiff may have the case reopened if, within thirty (30) days of the date of the entry of this Order, he files an amended complaint and either pre-pays the $402 filing fee ($350 filing fee plus $52 administrative fee) or submits to the Clerk a proper complete *in forma pauperis* application. Failure to file an amended complaint within that time will result in a dismissal with prejudice. *See Mann v. A.O. Smith Corp.*, Civ. No. 21-2361, 2023 WL 2344225, at *2 (3d Cir. Mar. 3,

2023) ("A district court's dismissal without prejudice for failure to state a claim is converted into a dismissal with prejudice if plaintiff 'declar[es] his intention to stand on his complaint' by failing to timely amend it. . . ."); *Hoffman v. Nordic Nats., Inc.*, 837 F.3d 272, 279 (3d Cir. 2016) ("When that 30-day period expired, the District Court's decision became final.").

5. Upon receipt of an amended complaint and a proper complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case.

6. The Clerk shall serve on Plaintiff by regular United States mail (1) this Order and the accompanying Memorandum Opinion, and (2) a blank form application to proceed *in forma pauperis*.

_____
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE